# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | Case Number: 08-MJ-00117-DLW |
| | USM Number: 35524-013 |
| GREGORY SCOTT FLEMING | DAVID GREENBERG |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1 of the Information.

The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 USC 3; 36CFR 4.23(a)(1) | Driving Under the Influence of Alcohol/Drugs | May 24, 2008 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count Two of the Information is dismissed upon the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

July 17, 2008
Date of Imposition of Judgment

David L. West
Signature of Judge

David L. West, U.S. Magistrate Judge
Name & Title of Judge

July 17, 2008
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 180 Days.

The Court grants the Defendant credit for time served of 55 days and places the Defendant on Unsupervised Release for the balance of 125 days.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

## UNSUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on unsupervised release for a term of 125 Days.

The defendant shall not commit another federal, state or local crime.

If this judgment imposes a fine, special assessment or restitution, it is a condition of unsupervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

## CONDITIONS OF UNSUPERVISED RELEASE

1) Defendant shall have an alcohol evaluation performed by Mr. Krantz in Price, Utah and comply with all recommendations as to counseling and testing by Mr. Krantz.
2) A copy of the recommendations of Mr. Krantz shall be furnished to Robert Dowd, Probation Department, 103 Sheppard Drive, Room 202, Durango, Colorado 81301 within one week.
3) Defendant shall consume no alcohol or drugs during the term of his unsupervised release.
4) Defendant shall not enter into any National Park and specifically Mesa Verde National Park during the term of his unsupervised release.
5) Defendant shall have no comparable violations during the term of his unsupervised release.

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | $0.00 | $0.00 |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

Immediately.

All monetary obligation payments shall be made to the U.S. District Court, P. O. Box 2906, Durango, Colorado 81302.

Payments shall be applied in the following order: (1) special assessment.