# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge David L. West

Criminal Case No. 08-MJ-00117-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. GREGORY SCOTT FLEMING,

Defendant.

## ORDER TERMINATING UNSUPERVISED RELEASE

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

As a condition of the Judgment entered in this matter on July 17, 2008, the above-named Defendant was placed on Unsupervised Release for 125 days with Special Conditions of Unsupervised Release. Although, not in a timely fashion, the Defendant completed the Special Conditions of his Unsupervised Release on December 11, 2008, therefore;

**IT IS HEREBY ORDERED** that the Defendant's Unsupervised Release is terminated and the case closed.

**DATED: January 22, 2009**

                                              **BY THE COURT:**

                                              **s/David L. West**
                                              **United States Magistrate Judge**